IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EL CENTENARIO MEXICAN GRILL, LLC, and RODRIGO SANCHEZ,<br><br>Defendants. | **4:17CV3066**<br><br>**ORDER** |

Upon review of Defendant's motion to strike "El Centenario Mexican Grill, L.L.C." as a named defendant, (Filing No. 8):

IT IS ORDERED:

1) Counsel shall promptly confer to determine if this motion is unopposed.

2) On or before July 27, 2017, either: 1) the parties shall file a joint motion to dismiss or strike "El Centenario Mexican Grill, L.L.C." as a named defendant, or 2) Plaintiff's counsel shall file a brief and evidence explaining why the service of process accepted by Rodrigo Sanchez on behalf of "El Centenario Mexican Grill, L.L.C." (see Filing No. 7-1 at 2) is valid service on that entity.

July 13, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge