IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EL CENTENARIO MEXICAN GRILL, LLC, and RODRIGO SANCHEZ,<br><br>　　　　　　　　Defendants. | 4:17CV3066<br><br>ORDER |

As requested in the parties' joint stipulation, (Filing No. 10), which is hereby granted,

IT IS ORDERED:

1) Defendant El Centenario Mexican Grill, LLC is dismissed without prejudice.

2) Defendant Rodrigo Sanchez' motion to strike, (Filing No. 8), is denied as moot.

Dated this 24th day of July, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge