IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>RODRIGO SANCHEZ,<br><br>           Defendant. | **4:17CV3066**<br><br>**ORDER** |

A motion has been filed for leave to file an answer out of time. (Filing No. 13). The proposed answer identifies both El Centenario Mexican Grill, LLC and Sanchez as defendants. Upon the joint stipulation of the parties, El Centenario Mexican Grill, LLC was dismissed as a defendant on July 11, 2017. (Filing No. 11). Since El Centenario Mexican Grill, LLC is no longer a defendant, any answer (if permitted to be filed out of time) must be corrected to eliminate El Centenario Mexican Grill, LLC as a responding defendant.

Accordingly,

IT IS ORDERED that the motion to file an answer out of time, (Filing No. 13), is denied without prejudice to re-filing on or before September 13, 2017, and in accordance with this order.

September 8, 2017.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge