IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EL CENTENARIO MEXICAN GRILL, LLC, and RODRIGO SANCHEZ, <br><br> Defendants. | **4:17CV3066** <br><br> **SHOW CAUSE ORDER** |

Upon notice that this case is settled, on December 5, 2017, the court entered an order requiring the parties to jointly move to dismiss the case within 45 days. (Filing No. 24). The court extended that deadline to March 5, 2018 at the parties' request. (Filing No. 26).

To date, the parties have not complied with the court's order.

Accordingly,

IT IS ORDERED that Plaintiff shall have until April 23, 2018 to show cause why this case should not be dismissed with prejudice. The failure to timely comply with this order will result in dismissal of this action, with prejudice, without further notice.

April 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge