UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RODRIGO SANCHEZ, <br><br> Defendant. | 4:17-cv-3066 -CRZ <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff and Defendant entered into the attached settlement agreement for resolution of the above-captioned case. Under the terms of that agreement, Defendant was required to pay a total of $7,500 to Plaintiff under a payment plan, with $500 due on the 1st of each month starting January l, 2018, and until the $7,500 is paid in full.

Plaintiff's counsel has advised the court that Defendants has made no payments as required under the settlement agreement.

Accordingly,

IT IS ORDERED:

1) Defendant is given until **October 1, 2018** to show cause why the court should not enter a final judgment against Defendant in the amount of $7,500, in the absence of which judgment will be entered in favor of Plaintiff and against Defendant in the amount of $7500 without further notice.

2) The clerk shall mail a copy of this order to Rodrigo Sanchez, personally and d/b/a El Centenario Bar & Grill, 316 East 2nd Street, Grand Island, NE 68801.

September 17, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge