IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODRIGO SANCHEZ, <br><br> Defendant. | 4:17CV3066 <br><br> **MEMORANDUM AND ORDER** |

On September 17, 2018, the court entered an order directing Defendant to show cause why a judgment should not be entered against him as consistent with the parties' settlement agreement. The show cause order was mailed to Defendant at his last known address. The mailing was not returned.

Defendant has not responded to the show cause order, and the deadline for doing so has passed.

Accordingly,

IT IS ORDERED:

1) Defendant has failed show cause why this court should not enter a judgment enforcing the parties' settlement of the above-captioned case.

2) Judgment will be entered accordingly.

October 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge